## HIMPLE v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 47, September Term, 1961.]

*Decided February 20, 1962.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons set forth in the opinion of the trial judge, the application must be denied.

*Application denied.*